# Claims Distribution Register

### Case: 08-53988    NEER, DAN & NANCY



FILED 2010 SEP 20 PM 1:22

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 8S | 02/10/09 | 100 | Ray Yoder<br>c-o Petersen & Ibold,Attn.: Todd Petersen,Village Station,401 South Stree<br>Chardon, OH 44024-1495<br>\<4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\> | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | 02/24/09 | 100 | JPMorgan Chase Bank, NA<br>c/o Thomas R. Merry, Esq<br>110 Polaris Pkwy #302<br>Westerville, OH 43082<br>\<4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\><br>AMENDS #4 | 89,539.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:  0% Paid** | **$93,039.50** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$93,039.50** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 10/30/08 | 200 | Robert S. Thomas II<br>One South Main Street<br>2nd Floor<br>Akron, OH 44308<br>\<2200-00  Trustee Expenses\> | 54.98 | 54.98 | 0.00 | 54.98 | 54.98 |
| | 10/30/08 | 200 | Robert S. Thomas II<br>One South Main Street<br>2nd Floor<br>Akron, OH 44308<br>\<2100-00  Trustee Compensation\> | 625.27 | 625.27 | 0.00 | 625.27 | 625.27 |
| | 10/30/08 | 200 | CLERK OF COURT<br>U.S. BANKRUPTCY COURT<br>2 SOUTH MAIN STREET<br>AKRON, OH 44308<br>\<2700-00  Clerk of the Court Costs (includes adversary and other filing fees)\> | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 |
| | | | **Total for Priority 200:  100% Paid** | **$930.25** | **$930.25** | **$0.00** | **$930.25** | **$930.25** |
| | | | **Total for Admin Ch. 7 Claims:** | **$930.25** | **$930.25** | **$0.00** | **$930.25** | **$930.25** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 11/21/08 | 610 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br>\<7100-00  General Unsecured § 726(a)(2)\> | 5,128.23 | 5,128.23 | 0.00 | 5,128.23 | 63.13 |
| 2 | 12/03/08 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br>\<7100-00  General Unsecured § 726(a)(2)\> | 6,012.27 | 6,012.27 | 0.00 | 6,012.27 | 74.01 |

# Claims Distribution Register
## Case: 08-53988 NEER, DAN & NANCY

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 12/04/08 | 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850<br><7100-00 General Unsecured § 726(a)(2)> | 2,276.82 | 2,276.82 | 0.00 | 2,276.82 | 28.03 |
| 4 | 12/08/08 | 610 | JPMorgan Chase Bank, NA<br>c/o Thomas R. Merry, Esq<br>110 Polaris Pkwy #302<br>Westerville, OH 43082<br><7100-00 General Unsecured § 726(a)(2)><br>*AMENDED BY #11 | 89,539.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | 12/22/08 | 610 | Lakeshore Capital Assignee of Huntington National<br>Lakeshore Capital LLC, 2952 Seneca St.<br>West Seneca, NY 14224<br><7100-00 General Unsecured § 726(a)(2)> | 7,132.92 | 7,132.92 | 0.00 | 7,132.92 | 87.81 |
| 6 | 01/05/09 | 610 | Worldwide Asset Purchasing, II, LLC<br>c/o West Asset Purchasing, Inc,<br>P. O. Box 105698<br>Atlanta, GA 30348<br><7100-00 General Unsecured § 726(a)(2)><br>MBNA | 49,194.32 | 49,194.32 | 0.00 | 49,194.32 | 605.58 |
| 7 | 01/08/09 | 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850<br><7100-00 General Unsecured § 726(a)(2)> | 30,970.52 | 30,970.52 | 0.00 | 30,970.52 | 381.25 |
| 8U | 02/10/09 | 610 | Ray Yoder<br>c-o Petersen & Ibold, Attn.: Todd Petersen, Village Station, 401 South Stree<br>Chardon, OH 44024-1495<br><7100-00 General Unsecured § 726(a)(2)> | 23,058.04 | 23,058.04 | 0.00 | 23,058.04 | 283.84 |
| 9 | 02/20/09 | 610 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br><7100-00 General Unsecured § 726(a)(2)> | 642.55 | 642.55 | 0.00 | 642.55 | 7.91 |
| 10 | 02/20/09 | 610 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br><7100-00 General Unsecured § 726(a)(2)> | 186.16 | 186.16 | 0.00 | 186.16 | 2.29 |
| 12 | 03/10/09 | 610 | Robinson Memorial Hospital<br>PO Box 714433<br>Columbus, OH 43271-4433<br><7100-00 General Unsecured § 726(a)(2)> | 3,005.14 | 3,005.14 | 0.00 | 3,005.14 | 36.99 |
| | | | **Total for Priority 610: 1.23100% Paid** | $217,146.47 | $127,606.97 | $0.00 | $127,606.97 | $1,570.84 |
| | | | **Total for Unsecured Claims:** | $217,146.47 | $127,606.97 | $0.00 | $127,606.97 | $1,570.84 |
| | | | **Total for Case :** | $311,116.22 | $128,537.22 | $0.00 | $128,537.22 | $2,501.09 |

*[Handwritten notes:]* ck # 137
receipt # 81790